Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiff was sustained. It was held that the value of the items involved is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiner.

**No. 58129.**—Bingham & Co. et al. *v.* United States, protests 190632–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra;* and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

**No. 58130.**—Continental Importing Co. *v.* United States, protest 192663–K (Tampa).

Opinion by RAO, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra;* and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiff was sustained.

**No. 58131.**—May Bros. Co. and Norman G. Jensen, Inc. *v.* United States, protest 154360–K (Minneapolis).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiffs was sustained.